# Dennis *et al. v.* Currie.

*Bill in Equity to have a Mortgage declared Void.*

1 *Appeal; from decree on demurrer must be prosecuted within* 30 *days.*—If an appeal from a decree upon a demurrer to a bill in equity is taken after the expiration of 30 days from the redition thereof, the Supreme Court is without jurisdiction to entertain such appeal, and the same will be dismissed.

The facts of this case necessary to an understanding of the decision on the present appeal are sufficiently stated in the opinion.

HILL, HILL & WHITING, for appellant.

WILLIAM W. QUARLES, *contra.*

ANDERSON, J.—This appeal is prosecuted by the respondents from a decree of the chancellor overruling their demurrer to the bill of complaint.

Section 427 of the Code of 1896, giving the right of appeal in this cause, provides that the appeal must be taken within thirty days. The decree was enrolled June the 6th, 1903, and the appeal was taken July 7th, 1903, on the 31st day.

This court is without jurisdiction to entertain this appeal and the same is hereby dismissed.—*Blackburn v. H. Mfg. Co.,* 135 Ala. 598; *Lide v. Park,* 132 Ala. 222.

Appeal dismissed.

MCCLELLAN, C. J., TYSON and SIMPSON, J.J., concur.